AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

DONALD E. WHITNEY, III

## WARRANT FOR ARREST

CASE NUMBER: 05-1642-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DONALD E. WHITNEY, III
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Distribute Ecstacy

in violation of
Title   21   United States Code, Section(s)   846

Charles B. Swartwood III
Name of Issuing Officer

[signature]
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

02-01-2005   Worcester, Massachusetts
Date and Location

RECEIVED
2005 FEB -1  A 11: 05
U.S. MARSHALS SERVICE
WORCESTER, MA

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at   CLINTON, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/1/05 | S/A DAVID M. DiTULLIO | David M. DiT[signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Donald E. Whitney, III

ALIAS:

LAST KNOWN RESIDENCE:  30 Parker Road, Lancaster, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1983

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7013

HEIGHT: 5'1           WEIGHT: 110

SEX:   MALE          RACE:   White

HAIR:                 EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  Drug Enforcement Administration