UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

4: 05CR40005-FDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATIONS: |
| ) | |
| ) | 21 U.S.C. § 846 - |
| v. ) | Conspiracy To Distribute |
| ) | Ecstacy |
| NICHOLAS RHEAULT, ) | |
| DONALD E. WHITNEY, III, ) | 21 U.S.C. § 841(a)(1) - |
| ) | Distribution of Ecstacy |
| ) | |
| ) | 18 U.S.C. § 922(g)(1)- |
| ) | Felon in Possession of |
| ) | Firearm |
| ) | |
| Defendants. ) | 21 U.S.C. §853(a) - Criminal |
| ) | Forfeiture |

## SUPERSEDING INDICTMENT

**COUNT ONE:** **(21 U.S.C. § 846 - Conspiracy To Distribute Ecstacy)**

The Grand Jury charges that:

From in or about November 2, 2004, and continuing thereafter until on or about December 7, 2004, at Lancaster, Clinton and Leominster, in the District of Massachusetts, and elsewhere,

**NICHOLAS RHEAULT, and**
**DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

**COUNT THREE:**     **(21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 10, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FOUR:**   **(21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 2, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and**
**DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FIVE:**     **(18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm)**

The Grand Jury further charges that:

On or about and between January 2005, and February 1, 2005, both dates being approximate and inclusive, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Hi-Point 9 millimeter luger pistol with a laser sight, model C9, bearing serial number P155489.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

**Allegation - (21 U.S.C. § 853(a) - Criminal Forfeiture)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One through Five of this Superseding Indictment,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, the following:

> **(a)    $2,690 exchanged for Ecstacy on November 4, 2004;**
>
> **(b)    $2,500 exchanged for Ecstacy on November 10, 2004;**
>
> **(c)    $500 exchanged for Ecstacy on December 2, 2004; and**
>
> **(d)    a 2004 black Infiniti, Massachusetts licence plate 34XJ12.**

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

> (a)    cannot be located upon the exercise of due diligence;
>
> (b)    has been transferred or sold to, or deposited with, a third party;
>
> (c)    has been placed beyond the jurisdiction of the Court;
>
> (d)    has been substantially diminished in value; or

        (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

DAVID H. HENNESSY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23 , 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

12:07P

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** II               **Investigating Agency** DEA/MET

**City** Leominster                      **Related Case Information:**

**County** Worcester                     Superseding Ind./ Inf.  Supers. Indict    Case No.    05CR40005-FDS
                                         Same Defendant  X                New Defendant
                                         Magistrate Judge Case Number    05-1642-CBS
                                         Search Warrant Case Number
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name     NICHOLAS RHEAULT                         Juvenile     ☐ Yes    ☒ No

Alias Name

Address   122-124 Middle Street, Leominster, MA

Birth date: 1983      SS#: 3675      Sex: M    Race: WHITE          Nationality: U.S.

**Defense Counsel if known:**   John Swomley          **Address:** 227 Lewis Wharf
                                                                Boston 02110
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**   DAVID HENNESSY                    **Bar Number if applicable**

**Interpreter:**   ☐ Yes    ☒ No          **List language and/or dialect:**

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ Warrant Requested           ☐ Regular Process           ☒ In Custody

**Location Status:**

**Arrest Date:**    2/01/2005

☒ Already in Federal Custody as    arrestee         in    Wyatt Det. Center         .
☐ Already in State Custody                 ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by                 on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty         ☐ Misdemeanor         ☒ Felony    5

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** March 23, 2005    **Signature of AUSA:** David Hennessy

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant**    Nicholas Rheault

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2   21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3   18 USC § 2 | Aiding and Abettting | 2 -4 |
| Set 4   18 USC § 922g | Felon in Possession of firearm | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number** **(To be filled in by deputy**

**Name of Defendant**     Nicholas Rheault

RHEAULT.JS45.wpd - 3/13/02

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**                 **Category No.** <u>II</u>                 **Investigating Agency** <u>DEA/MET</u>

**City** <u>Leominster</u>                 **Related Case Information:**

**County** <u>Worcester</u>

Superseding Ind./ Inf. <u>Supers Indict</u>     Case No. <u>05CR40005-FDS</u>
Same Defendant <u>X</u>          New Defendant
Magistrate Judge Case Number     <u>05-1642-CBS</u>
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    <u>DONALD E. WHITNEY, III</u>                 Juvenile    ☐ Yes    ☒ No

Alias Name

Address    <u>30 PARKER ROAD, #3. LANCASTER, MA</u>

Birth date: <u>1983</u>     SS#: <u>7013</u>     Sex: <u>M</u>    Race: <u>WHITE</u>     Nationality: <u>U.S.</u>

**Defense Counsel if known:**    **Daniel Bennett**                 **Address:** <u>15 Foster St.</u>
                                                                                    <u>Quincy, MA</u>
**Bar Number:**

**U.S. Attorney Information:**

**AUSA** <u>DAVID HENNESSY</u>                 **Bar Number if applicable**

**Interpreter:**    ☐ Yes    ☒ No          **List language and/or dialect:**

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**    <u>2/01/2005</u>

☒ **Already in Federal Custody as** <u>arrestee</u>     in    <u>Wyatt Det. Center</u>     .
☐ **Already in State Custody**                 ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by**                 **on**

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty**          ☐ **Misdemeanor**          ☒ **Felony**    <u>4</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: *March 23, 2005*     **Signature of AUSA:** *David A. Hennessy*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    Donald E. Whitney, III _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2    21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3    18 USC § 2 | Aiding and Abettting | 2 -4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant        Donald E. Whitney, III**

WHITNEY.JS45.wpd – 3/13/02