**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|                                 ) | |
|             v.                  ) | **CRIMINAL ACTION** |
|                                 ) | **NO. 05-40005-FDS** |
| NICHOLAS RHEAULT and            ) | |
| DONALD E. WHITNEY, III,         ) | |
|          Defendants,            ) | |
| _____) | |

<u>**FINAL STATUS REPORT**</u>
**June 27, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.    <u>Donald E. Whitney, III</u>

Counsel for Mr. Whitney requests that his case be returned to Judge Saylor for a Rule 11 hearing without an agreement. I have granted that request.

2.    <u>Nicholas Rheault</u>

Counsel for Mr. Rheault has informed the Court that he intends to file a motion to suppress and has requested a date for the filing of such motion. I have granted that request. Mr. Rheault's motion to suppress shall be filed by July 18, 2005, and the Government shall file its opposition to that motion by August 18, 2005. Therefore, I am returning this case with respect to Mr.

Rheault to Judge Saylor for a hearing on Mr. Rheault's motion to suppress to be held sometime after the Government files its opposition on August 18, 2005.

3.    Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 27, 2005 (date of expiration of prior order of excludable time) through August 18, 2005 (date by which the Government is to file its opposition to Mr. Rheault's motion to suppress).  Therefore, I have excluded from the Speedy Trial Act the entire period from date of arraignment of the first Defendant to be arraigned in this case through August 18, 2005, and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, October 27, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE

2