UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| NICHOLAS RHEAULT and DONALD E. WHITNEY, III, Defendants, | ) ) ) ) ) | **NO. 05-40005-FDS** |

ORDER OF EXCLUDABLE TIME
June 27, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 27, 2005 (date of expiration of prior order of excludable time) through August 18, 2005 (date by which the Government is to file its opposition to Mr. Rheault's motion to suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE