UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 05-40005-FDS |
| | ) | |
| DONALD E. WHITNEY, III, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL

The United States of America moves to seal the attached motion because it contains sensitive information from the PSR regarding defendant's emotional and mental history.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David Hennessy
David Hennessy
Assistant U.S. Attorney

SS., WORCESTER

## CERTIFICATE OF SERVICE

I, David Hennessy, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by Federal Express and facsimile on Daniel Bennett, Esq., 15 Foster Street, Quincy, Massachusetts 02169, on this, the 18th day of November, 2005.

/s/ David Hennessy
David Hennessy
Assistant U.S. Attorney