UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>DONALD E. WHITNEY III,<br><br>       Defendant. | Criminal No.<br>05-40005-FDS |

ORDER DIRECTING RELEASE
OF RECORDS TO BUREAU OF PRISONS

**SAYLOR, J.**

    This Court has previously granted the motion of the United States for a hearing on the present mental condition of defendant Donald E. Whitney, III, under 18 U.S.C. § 4244(a), and for a psychiatric or psychological examination under 18 U.S.C. § 4244(b). The Court was prepared to order that the United States Bureau of Prisons ("BOP") should conduct a psychiatric or psychological examination in accordance with the provisions of 18 U.S.C. § 4247(b), and that the BOP should prepare a report in accordance with the provisions of 18 U.S.C. §§ 4244(b) and 4247(c).

    Counsel for defendant has indicated that defendant would refuse to answer any substantive question posed during such examination on the grounds that an honest and complete answer might incriminate him in a future criminal proceeding or might increase his punishment in the present proceeding. Counsel has also indicated that defendant would exercise his right to the presence and advice of counsel during the examination.

    It is therefore unclear whether an order compelling a psychiatric or psychological examination would serve any useful function. In order, however, to provide such information as

may be available under the circumstances, the Court will order the Probation Department to release certain records to the BOP, and will further order the BOP to prepare a report pursuant to 18 U.S.C. §§ 4244(b) and 4247(c) to the extent possible given the available information.

Counsel for defendant has represented that he has not been afforded an opportunity to review the records from the Massachusetts Division of Youth Services that are in the possession of the United States Probation Department, and wishes to have an opportunity for review and possible objection prior to their release to the BOP.

Accordingly, by February 13, 2006, the United States Probation Department shall provide copies of records from the Massachusetts Division of Youth Services in its possession to counsel for defendant.

By February 27, 2006, unless the Court rules otherwise, the United States Probation Department shall provide to BOP a copy of the following materials:

    a.    The report of the Presentence Investigation revised through December 6, 2005; and

    b.    Records from the Division of Youth Services in the possession of the Probation Department.

By March 27, 2006, unless the Court rules otherwise, the BOP should prepare a report, to the extent feasible, stating:

    a.    Whether defendant is currently suffering from a mental disease or defect;

    b.    If so, is it a mental disease or defect for the treatment of which he is in need of custody and for care or treatment in a suitable facility; and

    c.    If not, is defendant in need of some form of treatment and, if so, what

treatment.

The BOP shall indicate in detail where appropriate the limitations, if any, on its conclusions, or any inability to reach a meaningful conclusion due to a lack of evidence.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  February 6, 2006