*filed in open court 2/6/06 MC*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 4:05CR40005-FDS |
| ) | |
| DONALD E. WHITNEY, III ) | |
| Defendant ) | |

## MOTION TO IMPOUND

Defendant hereby moves to impound the Motion and supporting Memorandum In Support for Defense Counsel to be Seated Next to Defendant During any Interviews Regarding any Mental Defects.

Respectfully Submitted,
Donald Whitney
By his Attorney,

Dated: February 6, 2006

Daniel J. Bennett
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA  02169
(617) 770-0000
B.B.O. 564059

*Motion GRANTED.*
*2.6.06*

*U.S.D.J.*