F.C1
ON 3/6/06
05-40005

Dear Honorable Judge Saylor

I would like to borrow a littl of your time, so I could explain some things about my life for you. I did not come from a perfect home, but you could call a little below avrage. My father was a truck driver and my mother worked for Digital. My father broke his back in a truck driving acadent, and became a realy bad drunk, he would get realy angry and yell at me and call me names and sometimes hit me. This all started when I was about 3 years old. I can't remmber when he stopped drinking, but after he stopped he would abuse pain killers.

My father would work under the table doing landscaping and make me work for him, if he was unsatisfyed with his worker or me he would call me mean names and force me to work harder. This all stopped when I got into trouble with the law for my sex offence and whent to D.y.S

For the most part I lived with both my parents and my two brothers. From the age of 3 to age 13 I was sexually involved with my older brother and it whent unoticed to my parents. My parents would fight all the time and at the age of 12 they got divorced and I lived with my mother for awhile, until all my acting out in school and disobedience tords my mother became to much for her. I would hang out with friends when she would tell me not to and smoke cigerrets, steel things and do what ever I could to get away from my mother.

After a while I moved in with my dad, his girlfriend, my half sister and my step brother. Things didn't get any better, I found my self competing with my fathers girlfriend

age of 14 I got into a habit drug use Marijuana and my father found out and grounded me. One day when he went to work I committed a Sex offence and got put in D.Y.S. After makeing bail I got sent back for violation of probation.

For the most part of my life I have felt like my family didn't care about me and that I was just there stepping stone. As I went along in D.Y.S I was a troubled kid afraid to talk about my issues, and I got into a lot of trouble. It is fair to say I was trying to find out who I realy was, at the same time I was afraid to loose the security D.Y.S made for me.

In 2000 while in D.Y.S my father killed him self and my world fell apart, I was forced to develp a relationship with my mother, and it was realy hard because I cep bouncing around from program to program and I cep getting into trouble. In 2003 I was Released from D.Y.S to my aunt, She was a realy bad drunk as well as her boyfriend. I then got a job working Construction intill I got layed off. After I got layed off my aunt lost her morgage money in one of her drunken rages and blamed it on me so I moved in with my mother.

I was 20 years old when I moved back in with my mother. Things were going good I had my diploma I was looking for a job getting by. Then my time ran out with D.Y.S when I turned 21. After I turned 21 I Became a Realy heavy drinker and was doing every drug I could get my hands on. I started staying out days on end comeing home getting into disputes were my mother would ask me to leve. After a few months of drug use I stoped going to Conseling and hit Rock Bottom. I got into a car accsadent while drinking and driving and was charged with O.U.I. After that I got involved with Exstacy and the use of other heavy drugs. Every day was a struggle trying to support my habait and pay what little bills I had. I would work a job for two weeks get payed and quit spend all my money

because I didn't have the money. Then I would tell her that people were going to kill me if I didn't pay them so much money, so she would give me more money. I also gave away almost everything I owned to get high.

While at Rock bottom I was arrested by the D.E.A. and I am in the situation I am in now. There is no excuse for the crimes I have committed while a juvinall with D.y.S and none now. I except 100% responsability for my actions and plan for a Better life. Right now I am realy scared Because I don't 100% understand what is going on with the motion and the need for the evaluation. My lawyer comes to see me but doesn't always do a good job explaining things and I Remain confused. I want to do the right thing so I can do my time and go home But Right now I am unsure what the Right thing is. Thank you for your time and have a nice day

Sincerly yours
Donald E. Whitney III