UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | NO.  4:05CR40005-FDS |
| ) | |
| DONALD E. WHITNEY, III  ) | |
|     Defendant  ) | |
| _____ ) | |

## OBJECTIONS TO PRESENTENCE REPORT

Defendant objects to Paragraphs 92-107.  This is not part of charge conduct in case. Defendant has not admitted to such and furthermore many of the statements were gleaned from protected counseling and therapy reports that were received as a result of the defendant's understanding that they were only to be used for mental health purposes.

                            Respectfully Submitted,
                            Donald Whitney, III
                            By his Attorney,

Dated: October 17, 2006        /S/ Daniel J. Bennett
                                          Daniel J. Bennett
                                          Mahoney, Diamond, Bennett & Harnais
                                          15 Foster Street
                                          Quincy, MA  02169
                                          (617) 770-0000
                                          B.B.O. 564059