UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONALD E. WHITNEY, III )<br>) | No. 05-40005-FDS |

GOVERNMENT'S MOTION TO SEAL

    The United States of America, by Michael J. Sullivan, U.S. Attorney, and David Hennessy, Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal the papers filed herewith.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s/David Hennessy
                                    David Hennessy
                                    Assistant U.S. Attorney