UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 05-40005-FDS |
| ) | |
| DONALD E. WHITNEY, III, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SEAL

The United States of America moves to seal the attached memorandum because it refers to sensitive information from the PSR regarding defendant's history.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David Hennessy
David Hennessy
Assistant U.S. Attorney

SS., WORCESTER

## CERTIFICATE OF SERVICE

I, David Hennessy, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by Federal Express and facsimile on Daniel Bennett, Esq., 15 Foster Street, Quincy, Massachusetts 02169, on this, the 27TH day of October, 2006.

/s/ David Hennessy
David Hennessy
Assistant U.S. Attorney