## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No.** |
| **DONALD E. WHITNEY III,** | ) | **05-40005-FDS** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER CONCERNING PRIVILEGED
## MATERIAL IN PRESENTENCE REPORT

**SAYLOR, J.**

In accordance with the Court's ruling on defendant's objections to the Presentence Report during the sentencing hearing on October 25, 2006, and in accordance with the Government's Response filed under seal on October 27, it is hereby ordered:

1.     The passage in paragraph 96 of the Presentence Report beginning with "participation in . . ." and ending with ". . . on program grounds" shall be stricken on the grounds that it contains privileged information.

2.     The Probation Department shall issue forthwith an amended Presentence Report deleting the foregoing passage.

3.     All copies of the Presentence Report containing the foregoing passage shall be placed under seal pending further order.  The United States Attorney's Office shall return any such copies in its possession to the Clerk's Office for filing under seal.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 30, 2006