Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Donald Whitney            **Case Number:** 4:05CR40005-002FDS

**Name of Sentencing Judicial Officer:** The Honorable F. Dennis Saylor IV, U.S. District Judge

**Date of Original Sentence:** October 25, 2006

**Original Offense:** Conspiracy to Distribute Ecstasy, Possession of Ecstasy with Intent to Distribute and Distribution of Ecstasy, and Aiding and Abetting

**Original Sentence:** 30 months BOP; 8 years supervised release

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** April 10, 2007

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

**The defendant is to serve six (6) months in home detention with electronic monitoring and shall pay the daily rate. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment.**

### CAUSE

As Your Honor is aware, as a special condition of supervised release Mr. Whitney was ordered to serve the first six (6) months of supervision at Coolidge House. On May 3, 2007, the probation office was notified that Mr. Whitney was denied placement at the Coolidge House due to his significant history of sexual offending. The probation office was also informed that due to his history of sexual offending the Bureau of Prisons will not consider placing him at any of their other community correction centers.

Reviewed/Approved by:

_____
Alicia Howarth
Supervising U.S. Probation Officer

Respectfully submitted,

By _____
Michael D. Forman
U.S. Probation Officer
Date: May 9, 2007

Prob 12B                               - 2 -                          **Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                       with Consent of the Offender**

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

5-18-2007
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I, Donald Whitney, Docket No. 05-40005, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is to serve six (6) months in home detention with electronic monitoring and shall pay the daily rate. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment.**

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

Date: 5/16/7